# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  VERONICA R. HARRIS  
       3231 SEARLES AVENUE     SSN-xxx-xx-0205  
       ROCKFORD, IL  61101

Case Number: 05-71996

Case filed on: 4/21/2005  
Plan Confirmed on: 7/8/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,700.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 243 | US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VERONICA R. HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ILLINOIS TITLE LOANS | 100.00 | 100.00 | 100.00 | 4.80 |
|  | Total Secured | 100.00 | 100.00 | 100.00 | 4.80 |
| 001 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES | 1,606.00 | 1,606.00 | 290.69 | 0.00 |
| 003 | AMERICAN MEDICAL COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ARROW FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BLUE DOLPHIN GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CALIFORNIA NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CBC NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COLLECTO / CREDIT PAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CONSOLIDATED PUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CYNTHIA M SACHS DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 2,269.67 | 2,269.67 | 410.82 | 0.00 |
| 015 | EAR NOSE & THROAT SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | EBI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | AXSYS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FRIEDMAN & WEXLER, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DR. HARRY DARLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LIGHTYEAR NETWORK SOLUTIONS, L.L.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MCI | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MONCO SERVICES | 589.00 | 589.00 | 106.61 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | NPC CHECK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ORTHOPEDIC ASSOC. OF N. IL. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | OSI COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PARK DANSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | R&B RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROME FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | STATE OF IL. DEPT. OF EMP. SEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SURE-TEL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | TELECOM USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | THE BILLING CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | US DEPARTMENT OF EDUCATION | 1,357.32 | 1,357.32 | 245.67 | 0.00 |
| 044 | VIVEK THAPPA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 5,821.99 | 5,821.99 | 1,053.79 | 0.00 |
|  | Grand Total: | 7,285.99 | 7,285.99 | 2,517.79 | 4.80 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $2,522.59 |
| Trustee Allowance: | $177.41 |
| Percent Paid Unsecured: | 18.10 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>09/26/2008</u>          By  /s/Heather M. Fagan